Abe Gupta (SBN 262032)
Vaishali Bhatnagar (SBN 289544)
The AV Law Firm PC
111 Deerwood Road, Suite 380
San Ramon, CA 94583
P: (925) 217-4300
F: (925) 217-4301
abe@avlawyers.com
vaishali@avlawyers.com

Attorneys for Plaintiffs,
HUNG NGUYEN and N & H INVESTMENTS, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No.: 15-51552 ASW |
| | ) |
| N & H INVESTMENTS, LLC | ) Chapter 11 |
| Debtor, | ) |
| | ) **NOTICE TO FEDERAL COURT OF** |
| MIMI NGUYEN, JOHN NGUYEN, LOC | ) **REMOVAL OF CIVIL ACTIONS FROM** |
| PHAN, BICH TONG, individually, | ) **STATE COURT PURSUANT TO 28 U.S.C.** |
| | ) **§ 1452** |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| HUNG NGUYEN, an individual, N&H | ) |
| INVESTMENTS, LLC, BARRY SWENSON | ) |
| BUILDER dba GREEN VALLEY | ) |
| CORPORATION, and DOES 2 through 10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| AND RELATED CROSS-ACTIONS | ) |
| | ) |

3

**TO THE HONORABLE BANKRUPTCY COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1452, Party N & H Investments LLC, the debtor herein (Debtor), hereby gives notice of removal of this action from the State of California, Superior Court, County of Santa Clara, to the United State Bankruptcy Court for the Northern District of California, Oakland Division, on the basis that this case should be heard in this Court under the following facts:

1) On May 5, 2015 Debtor filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California, Oakland Division as case number 15-51552 ASW.

2) On October 29, 2009, Debtor was sued in a complaint in the State of California, Superior Court, County of Santa Clara entitled Nguyen v. Nguyen, et al. The complaint alleges that Debtor was liable for payment of deposits to purchasers of land built on contaminated soil. The case is active. Debtor has also filed cross actions.

3) Debtor is not liable for the claims caused by the soil contamination and is currently challenging the actions of co-defendant Green Valley Corporation in a related action currently pending as an adversary proceeding in this Court.

4) Debtor has also brought suit for indemnity in the District Court asserting that if any of the asserted claims against Debtor are valid, then such claims should be borne by the parties responsible for the soil contamination.

5) Debtor wishes to exercise its rights under the provisions of 28 U.S.C. § 1452 and related provisions to remove this action from the State of California Superior Court, County of Santa Clara.

4

6) The Bankruptcy Court has original jurisdiction pursuant to 28 U.S.C. § 1334 in that Debtor is being sued for a substantial portion of assets that belong to the estate of debtor. **Allowing the case to remain in Superior Court will allow for inconsistent judgments and will result in assets of the estate being pilfered.** Although the case should now be stayed, creditors wishing to circumvent the bankruptcy (such as Green Valley Corporation) have threatened to file motions to siphon off assets as a result of this action. Such behavior will handicap the bankruptcy filing and will be in direct contempt of this Court's power to adjudicate the estate. Debtor is being sued to recover damages which were already part of a very large settlement of a federal case, 5:09-CV-04028-LHK, Green Valley v. Caldo et al, for which Debtor's name was illegally used to obtain a large settlement. In settlement of the case, the federal court, retained jurisdiction to enforce the settlement agreement and explicitly retained ancillary jurisdiction by its order. Further, the Court retained the power to initiate contempt proceedings for violation of its agreement. Here, Debtor brought suit accusing Defendant Green Valley of lying to the District Court in order to bring a fraudulent settlement agreement to District Court. Specifically, Defendant Green Valley pretended to own a property actually owned by Debtor to obtain a $4,250,000 settlement. Now, Green Valley Corporation seeks additional damages in what amounts to a double recovery. Part of this ruse was allowed to occur through the use of multiple courthouses; this needs to stop and all actions should be consolidated in this Court.

7) This Notice of Removal is signed pursuant to the provisions of Rule 11 of the Federal Rules of Civil Procedure and Rule 9011 of the Federal Rules of Bankruptcy Procedure.

8) A copy of the State Court docket being filed with this Notice of Removal is attached

hereto as Exhibit 1.

Wherefore, Trustee prays that this action be removed to the Court as aforesaid.


Dated: 5/21/15                                    The AV Law Firm PC


                                                 By:_____/s/_____
                                                 Abe Gupta,
                                                 Attorney for Plaintiff

6

# Exhibit 1

Contact Us

May 21, 2015

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

Public Access Civil Case Information Website

Home » Civil Index » Case Number Search » Case Number Results » **Register of Actions/Docket for Case Number 1-09-CV-155976**

### Register of Actions/Docket

*Notice: The Superior Court of California, County of Santa Clara declares that information provided by and obtained from this site (**www.sccaseinfo.org**) is intended for use on a case by case basis and typically by parties of record and participants, and does not constitute the official record of the court. Any user of the information is hereby advised that it is being provided as is and that the information may be subject to error or omission. The user acknowledges and agrees that the Superior Court of California, County of Santa Clara is not liable for the accuracy or validity of the information provided.*

### Case Information                                        ### Associated Cases

| | |
|---|---|
| Number: | **1-09-CV-155976** |
| Title: | **M. Nguyen, Et Al Vs H. Nguyen, Et Al** |
| Category: | **Breach Of Contract/Warranty - Unlimited** |
| Filed: | **10/29/2009** Disposed: **None** Status: **Open** |

### Calendared Events                    ## Involved Parties                    ### Documents

| Type | Name | Disposition |
|---|---|---|
| Plaintiff | Mimi Nguyen None | None |
| | **Attorney:** | Warren Nguyen Nguyen & Crew PC , 2060 Aborn Rd., Suite 240, San Jose, Ca 95121 |
| Plaintiff | John Nguyen None | None |
| | **Attorney:** | Warren Nguyen Nguyen & Crew PC , 2060 Aborn Rd., Suite 240, San Jose, Ca 95121 |
| Plaintiff | Loc Phan None | None |
| | **Attorney:** | Warren Nguyen Nguyen & Crew PC , 2060 Aborn Rd., Suite 240, San Jose, Ca 95121 |
| Plaintiff | Bich Tong None | None |
| | **Attorney:** | Warren Nguyen Nguyen & Crew PC , 2060 Aborn Rd., Suite 240, San Jose, Ca 95121 |
| Cross-Complainant | N & H Investments, Llc None | None |

|  |  |  |
|---|---|---|
| **Attorney:** | | Abe Gupta<br>AV Law Firm PC , 111 Deerwook Rd, Ste 380, San Ramon, Ca 94583 |
| Cross-Complainant | Green Valley Corporation<br>None | None |
| **Attorney:** | | John R. Till<br>Paladin Law Group LLP , 1176 Boulevard Way, First Floor, Walnut Creek, Ca 94595 |
| Sued As | Barry Swenson Builder Dba Green Valley Corporation<br>None | None |
| Defendant | Green Valley Corporation<br>None | CV-BT EntryReqDism-After Other ADR |
| **Attorney:** | | John R. Till<br>Paladin Law Group LLP , 1176 Boulevard Way, First Floor, Walnut Creek, Ca 94595 |
| Sued As | Barry Swenson Builder Dba Green Valley Corporation<br>None | None |
| Defendant/X-Defendant | N & H Investments, Llc<br>None | CV-BT EntryJgmt-Stipulated Judgment |
| **Attorney:** | | Anthony F. Ventura<br>Slater Hersey & Lieberman LLP , 160 West Santa Clara St., Suite 1575, San Jose, Ca 95113 |
| **Attorney:** | | Dan Do<br>Efficio Law Group, PC , 586 N 1st Street, Suite 227, San Jose, Ca 95112 |
| Cross-Defendant | Imperial Investment & Development, Inc.<br>None | CV-BT EntryReqDism-No ADR |
| **Attorney:** | | Dennis D. Brown<br>Dennis D. Brown Law Office , 111 North Market Street, Suite 1010, San Jose, Ca 95113-1102 |
| Sued As | Imperial Investments And Development, Llc<br>None | None |
| Cross-Defendant | John Wynn Nguyen<br>None | CV-BT EntryReqDism-After Other ADR |
| **Attorney:** | | Dennis D. Brown<br>Dennis D. Brown Law Office , 111 North Market Street, Suite 1010, San Jose, Ca 95113-1102 |
| Also Known As | John Wynn Nguyen<br>None | None |
| Cross-Defendant | Hung Nguyen<br>None | None |
| **Attorney:** | | Abe Gupta<br>AV Law Firm PC , 111 Deerwook Rd, Ste 380, San Ramon, Ca 94583 |

Special Notice To    Cesc Neutral, Alan R. Seher      CV Arb Complete
None

**Attorney:**

Alan R. Seher
Weiss & Weissman, Inc. , 601 California Street, Suite 1307,
San Francisco, Ca 94108

Involved Parties            **Calendared Events**            Documents

| Date | Time | Dept. | Event Description | Result Description | By | Date | Notice Printed | Reset To | From |
|---|---|---|---|---|---|---|---|---|---|
| 2/11/2016 | 10:00AM | 09 | CV Case Status Review | None | None | None | 05/07/15 | None | None |
| 6/23/2015 | 09:00AM | 09 | CV Mtn: Order... | None | None | None | None | None | None |
| 5/26/2015 | 10:00AM | 09 | CV Case Status Review | None | None | None | 05/11/15 | None | None |
| 4/23/2015 | 10:00AM | 09 | CV Case Status Review | Off Calendar by Court | C | 04/23/15 | 03/04/15 | None | None |
| 3/10/2015 | 09:00AM | 13 | CV Mtn: Withdraw as atty | Off Calendar | C | 03/10/15 | None | None | None |
| 2/17/2015 | 09:00AM | 09 | CV Misc Motion | Off Calendar by Court | C | 02/17/15 | None | None | None |
| 12/9/2014 | 09:00AM | 09 | CV Misc Motion | Granted in Part | C | 12/09/14 | None | None | None |
| 11/18/2014 | 09:00AM | 09 | CV Misc Motion | Continued by Court | C | 11/18/14 | None | None | None |
| 11/4/2014 | 09:00AM | 09 | CV Order of Exam | Off Calendar by Court | C | 11/04/14 | None | None | None |
| 11/4/2014 | 09:00AM | 09 | CV Order of Exam | Off Calendar by Court | C | 11/04/14 | None | None | None |
| 11/4/2014 | 09:00AM | 09 | CV Order of Exam | Off Calendar by Court | C | 11/04/14 | None | None | None |
| 10/14/2014 | 10:00AM | 09 | CV Further CMC | Vacated by Court | C | 10/14/14 | 08/05/14 | None | None |
| 10/2/2014 | 09:00AM | 09 | CV Mtn to Vacate | Off Calendar | K | 09/25/14 | None | None | None |
| 10/2/2014 | 09:00AM | 09 | CV Mtn: Enforce Settlement | Granted | C | 10/02/14 | None | None | None |
| 9/2/2014 | 09:00AM | 08 | CV Mtn: Enforce Settlement | Cont; future month | C | 08/26/14 | None | None | None |
| 7/31/2014 | 10:00AM | 09 | CV Case Status Review | Set for further CMC | C | 07/31/14 | 10/29/13 | None | None |
| 11/5/2013 | 11:00AM | 09 | CV Trial Setting | Vacated | C | 11/05/13 | 09/06/13 | None | None |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Conference | | | | | | |
| 8/29/2013 | 10:00AM | 09 | CV Case Status Review | Set For: | C | 08/29/13 | 11/20/12 | None | None |
| 12/14/2012 | 09:00AM | 18 | CV Mtn: Protective Order | Denied | C | 12/14/12 | None | None | None |
| 12/4/2012 | 11:00AM | 09 | CV Trial Setting Conference | Off Calendar by Court | C | 12/04/12 | 09/26/12 | None | None |
| 11/20/2012 | 09:00AM | 09 | CV Mtn:Summary Jgmt/Adjudication | Granted | C | 11/20/12 | None | None | None |
| 9/25/2012 | 11:00AM | 09 | CV Trial Setting Conference | Continued by Court | C | 09/25/12 | 06/29/12 | None | None |
| 7/17/2012 | 09:00AM | 09 | Mtn: Leave to File | Granted | C | 07/17/12 | None | None | None |
| 6/26/2012 | 11:00AM | 06 | CV Trial Setting Conference | Continued by Court | C | 06/26/12 | 04/26/12 | None | None |
| 5/25/2012 | 09:00AM | 18 | CV Mtn: Compel | Denied | C | 05/25/12 | None | None | None |
| 5/25/2012 | 09:00AM | 18 | CV Mtn: Compel | Moot | C | 05/25/12 | None | None | None |
| 4/19/2012 | 10:30AM | 09 | CV CESC Status Review | Sent to CESC/Not Settled | C | 04/19/12 | None | None | None |
| 1/17/2012 | 10:00AM | 09 | CV Further CMC | Sent to CESC | C | 01/17/12 | 01/03/12 | None | None |
| 11/15/2011 | 10:00AM | 09 | CV Further CMC | Set for further CMC | C | 11/15/11 | 09/29/11 | None | None |
| 10/4/2011 | 09:00AM | 09 | Demurrer | Granted in Part | C | 10/04/11 | None | None | None |
| 9/22/2011 | 10:01AM | 09 | CV OSC Re: [Other] | Set for CMC | C | 09/22/11 | 08/03/11 | None | None |
| 8/2/2011 | 11:00AM | 09 | CV Trial Setting Conference | Set For: | C | 08/02/11 | 06/08/11 | None | None |
| 6/28/2011 | 09:00AM | 09 | CV Mtn: Order... | Denied | C | 06/28/11 | None | None | None |
| 6/7/2011 | 11:00AM | 09 | CV Trial Setting Conference | Continued by Court | C | 06/07/11 | 04/14/11 | None | None |
| 4/12/2011 | 11:00AM | 09 | CV Trial Setting Conference | Continued by Court | C | 04/12/11 | 03/04/11 | None | None |
| 3/3/2011 | 10:01AM | 09 | CV OSC Re: [Other] | Set For: | C | 03/03/11 | 01/18/11 | None | None |
| 1/11/2011 | 11:00AM | 09 | CV Trial Setting Conference | Set For: | C | 01/11/11 | 11/30/10 | None | None |
| 11/23/2010 | 10:00AM | 16 | CV Further CMC | Set For: | C | 11/23/10 | 10/06/10 | None | None |
| 9/28/2010 | 10:00AM | 09 | CV Further CMC | Continued by Court | C | 09/28/10 | 08/12/10 | None | None |
| 8/5/2010 | 10:01AM | 20 | CV OSC Re: [Other] | Vacated by Court | C | 08/05/10 | 07/14/10 | None | None |
| 8/3/2010 | 09:00AM | 09 | Demurrer | Orders | C | 08/03/10 | None | None | None |

|  |  |  |  | Issued |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2010 | 10:01AM | 09 | CV OSC Re: [Other] | Set for OSC re: Dism | C | 07/08/10 | 06/10/10 | None | None |
| 6/17/2010 | 10:01AM | 09 | CV OSC Re: [Other] | Continued by Court | K | 06/10/10 | 04/29/10 | None | None |
| 4/20/2010 | 10:00AM | 09 | CV Further CMC | Set For: | C | 04/20/10 | 03/30/10 | None | None |
| 3/23/2010 | 01:30PM | 09 | CV CMC-Case Management Conf | Set for further CMC | C | 03/23/10 | None | None | None |
| 3/16/2010 | 09:00AM | 09 | Demurrer | Taken under Submission | C | 03/16/10 | None | None | None |

Involved Parties        **Documents**        Calendared Events

For an explanation of the abbreviations used in the Document Description/Text columns. click here.

| Number-Sequence | Document Description | Document Text | Filed | Ruling | Date |
|---|---|---|---|---|---|
| 0193-000 | Cv Decl In Support | Click for text | 05/19/2015 | None | 05/19/2015 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0192-000 | Cv Court Reporter Fee < 1 Hour | | 05/19/2015 | None | 05/19/2015 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0191-000 | Cv Ntc:Motion W/Fee | Click for text | 05/19/2015 | None | 05/19/2015 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0191-001 | Cv Proof Of Svc | | 05/19/2015 | None | 05/19/2015 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0190-000 | Cv Ntc:Bankruptcy | Click for text | 05/06/2015 | None | 05/07/2015 |
| | **For:** N & H Investments, LLC / DXD | | | | |
| 0189-000 | Cv Case Mgmt Statement | Click for text | 04/17/2015 | None | 04/17/2015 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0188-000 | Cv Ntc:Related Cases | Click for text | 04/07/2015 | None | 04/14/2015 |
| | **For:** N & H Investments, LLC / DXD **For:** Hung Nguyen / XDF | | | | |
| 0187-000 | Cv Substitution Of Attorney | Click for text | 02/18/2015 | None | 02/18/2015 |
| | **For:** Hung Nguyen / XDF | | | | |
| 0186-000 | Cv Court Reporter Fee < 1 Hour | | 02/13/2015 | None | 02/13/2015 |
| | **For:** Hung Nguyen / XDF | | | | |
| 0185-000 | Cv Ntc:Mtn/Relieve As Counsel | Click for text | 02/13/2015 | None | 02/13/2015 |
| | **For:** Hung Nguyen / XDF | | | | |
| 0185-001 | Cv Decl In Support | Click for text | 02/13/2015 | None | 02/13/2015 |
| | **For:** N & H Investments, LLC / XGM | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **For:** Hung Nguyen / XDF |  |  |  |  |
| 0184-000 | Cv Court Reporter Fee < 1 Hour |  | 02/13/2015 | None | 02/13/2015 |
|  | **For:** N & H Investments, LLC / XCM |  |  |  |  |
| 0183-000 | Cv Ntc:Mtn/Relieve As Counsel | Click for text | 02/13/2015 | None | 02/13/2015 |
|  | **For:** N & H Investments, LLC / XCM |  |  |  |  |
| 0183-001 | Cv Decl In Support | Click for text | 02/13/2015 | None | 02/13/2015 |
|  | **For:** N & H Investments, LLC / XCM<br>**For:** Hung Nguyen / XDF |  |  |  |  |
| 0183-002 | Cv Proof Of Svc | Click for text | 02/13/2015 | None | 02/13/2015 |
|  | **For:** N & H Investments, LLC / XCM<br>**For:** Hung Nguyen / XDF<br>**Against:** Mimi Nguyen / PLT<br>**Against:** John Nguyen / PLT<br>**Against:** Loc Phan / PLT<br>**Against:** Bich Tong / PLT<br>**Against:** Green Valley Corporation / XCM<br>**Against:** Imperial Investment & Development, Inc. / XDF<br>**Against:** John Wynn Nguyen / XDF |  |  |  |  |
| 0182-000 | Cv Ntc:Entry Of Order | Click for text | 01/05/2015 | None | 01/15/2015 |
|  | **For:** Green Valley Corporation / DEF |  |  |  |  |
| 0181-000 | Cv Ord After Hearing | Click for text | 12/08/2014 | None | 12/09/2014 |
|  | **For:** Green Valley Corporation / DEF |  |  |  |  |
| 0180-000 | Cv Proof Of Svc By Email |  | 12/05/2014 | None | 12/05/2014 |
|  | **For:** Green Valley Corporation / DEF |  |  |  |  |
| 0179-000 | Cv Declaration | Click for text | 12/05/2014 | None | 12/05/2014 |
|  | **For:** Green Valley Corporation / DEF |  |  |  |  |
| 0178-000 | Cv Reply | Click for text | 12/05/2014 | None | 12/05/2014 |
|  | **For:** Green Valley Corporation / DEF |  |  |  |  |
| 0177-000 | Cv Opposition | Click for text | 12/01/2014 | None | 12/01/2014 |
|  | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF |  |  |  |  |
| 0176-000 | Cv Ntc Of... | Click for text | 11/25/2014 | None | 11/25/2014 |
|  | **For:** Green Valley Corporation / DEF |  |  |  |  |
| 0175-000 | Cv Ntc Of... | Click for text | 11/20/2014 | None | 11/20/2014 |
|  | **For:** Green Valley Corporation / DEF |  |  |  |  |
| 0174-000 | Cv Substitution Of Attorney | Click for text | 11/17/2014 | None | 11/17/2014 |
|  | **For:** Hung Nguyen / XDF |  |  |  |  |
| 0173-000 | Cv Substitution Of Attorney | Click for text | 11/17/2014 | None | 11/17/2014 |
|  | **For:** N & H Investments, LLC / DXD |  |  |  |  |
| 0172-000 | Cv Substitution Of Attorney | Click for text | 10/27/2014 | None | 10/27/2014 |
|  | **For:** N & H Investments, LLC / DXD |  |  |  |  |

Case: 15-50552   Doc# 15-1   Filed 05/21/15   Entered 05/21/15 14:43:25   Page 11 of 25

| | | | | | |
|---|---|---|---|---|---|
| | **For:** Hung Nguyen / XDF | | | | |
| 0171-000 | Cv Decl In Support | Click for text | 10/15/2014 | None | 10/15/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0170-000 | Cv Court Reporter Fee < 1 Hour | | 10/15/2014 | None | 10/15/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0169-000 | Cv Ntc:Mtn For Order | Click for text | 10/15/2014 | None | 10/15/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0169-001 | Cv Proof Of Svc | | 10/15/2014 | None | 10/15/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0169-002 | Cv Proof Of Svc | Click for text | 11/24/2014 | None | 11/24/2014 |
| | **For:** Green Valley Corporation / DEF **Against:** N & H Investments, LLC / DXD **Against:** Mimi Nguyen / PLT **Against:** John Nguyen / PLT **Against:** Loc Phan / PLT **Against:** Bich Tong / PLT **Against:** CESC Neutral, Alan R. Seher / SNT **Against:** Green Valley Corporation / XCM **Against:** N & H Investments, LLC / XCM **Against:** Imperial Investment & Development, Inc. / XDF **Against:** John Wynn Nguyen / XDF **Against:** Hung Nguyen / XDF | | | | |
| 0168-000 | Cv Ord After Hearing | Click for text | 10/09/2014 | Granted | 10/10/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0167-000 | Cv Ntc:Entry Of Order | Click for text | 10/10/2014 | None | 10/10/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0166-000 | Cv Court Reporter Fee < 1 Hour | | 10/09/2014 | None | 10/09/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0165-000 | Cv Appl/Ord:Appear/Exam Of Debtor | Click for text | 10/09/2014 | None | 10/09/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0165-001 | Cv Proof Of Svc | | 10/28/2014 | None | 10/28/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0164-000 | Cv Court Reporter Fee < 1 Hour | | 10/09/2014 | None | 10/09/2014 |
| | **For:** Green Valley Corporation / XCM **Against:** Hung Nguyen / XDF | | | | |
| 0163-000 | Cv Appl/Ord:Appear/Exam Of Debtor | Click for text | 10/09/2014 | None | 10/09/2014 |
| | **For:** Green Valley Corporation / XCM **Against:** Hung Nguyen / XDF | | | | |
| 0163-001 | Cv Proof Of Svc | | 10/28/2014 | None | 10/28/2014 |

Case: 15-5058      Doc#: 15   Filed: 05/21/15   Entered: 05/21/15 11:20:23   Page: 12 of 25
25

|         |                                           |               |            |      |            |
|---------|-------------------------------------------|---------------|------------|------|------------|
|         | **For:** Green Valley Corporation / DEF   |               |            |      |            |
| 0162-000 | Cv Court Reporter Fee < 1 Hour           |               | 10/09/2014 | None | 10/09/2014 |
|         | **For:** Green Valley Corporation / XCM   |               |            |      |            |
| 0161-000 | Cv Appl/Ord:Appear/Exam Of Debtor        | Click for text | 10/09/2014 | None | 10/09/2014 |
|         | **For:** Green Valley Corporation / XCM<br>**Against:** N & H Investments, LLC / DXD | | | | |
| 0160-000 | Cv Case Mgmt Statement                   | Click for text | 10/08/2014 | None | 10/09/2014 |
|         | **For:** Green Valley Corporation / XCM   |               |            |      |            |
| 0159-000 | Cv Clerk Rejection Ltr                    | Click for text | 10/08/2014 | None | 10/08/2014 |
|         | **For:** Green Valley Corporation / DEF   |               |            |      |            |
| 0158-000 | Cv Ntc Of...                              | Click for text | 09/25/2014 | None | 09/25/2014 |
|         | **For:** N & H Investments, LLC / XCM<br>**For:** Hung Nguyen / XDF | | | | |
| 0157-000 | Cv Proof Of Svc/Regular Mail             |               | 09/19/2014 | None | 09/19/2014 |
|         | **For:** Green Valley Corporation / DEF   |               |            |      |            |
| 0156-000 | Cv Declaration                            | Click for text | 09/19/2014 | None | 09/19/2014 |
|         | **For:** Green Valley Corporation / DEF   |               |            |      |            |
| 0155-000 | Cv Opposition                             | Click for text | 09/19/2014 | None | 09/19/2014 |
|         | **For:** Green Valley Corporation / DEF   |               |            |      |            |
| 0154-000 | Cv Objection...                           | Click for text | 09/19/2014 | None | 09/19/2014 |
|         | **For:** Green Valley Corporation / DEF   |               |            |      |            |
| 0153-000 | Cv Court Reporter Fee < 1 Hour           |               | 09/03/2014 | None | 09/03/2014 |
|         | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0152-000 | Cv Decl In Support                        | Click for text | 09/03/2014 | None | 09/03/2014 |
|         | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0151-000 | Cv Decl In Support                        | Click for text | 09/03/2014 | None | 09/03/2014 |
|         | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0150-000 | Cv Memo:Ps & As/Suppt Of Mtn             |               | 09/03/2014 | None | 09/03/2014 |
|         | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0149-000 | Cv Ntc:Mtn To Set Aside Default Jgmt      | Click for text | 09/03/2014 | None | 09/03/2014 |
|         | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0149-001 | Cv Proof Of Svc                           |               | 09/03/2014 | None | 09/03/2014 |

Case 15-50552  Doc#15 Filed 05/21/15 Entered 05/21/15 14:20:23 Page 13 of 25
25

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0148-000 | Cv Ex Parte Order | Click for text | 08/26/2014 | Granted | 08/26/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0147-000 | Cv Declaration | Click for text | 08/26/2014 | None | 08/26/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0146-000 | Cv Declaration | Click for text | 08/26/2014 | None | 08/26/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0145-000 | Cv Ex Parte Mtn To Continue | Click for text | 08/26/2014 | None | 08/26/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0144-000 | Cv Proof Of Svc By Email | | 08/26/2014 | None | 08/26/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0143-000 | Cv Decl In Support | Click for text | 08/25/2014 | None | 08/25/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0142-000 | Cv Decl In Support | Click for text | 08/25/2014 | None | 08/25/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0141-000 | Cv Reply | Click for text | 08/25/2014 | None | 08/25/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0140-000 | Cv Proof Of Svc/Regular Mail | Click for text | 08/21/2014 | None | 08/21/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0139-000 | Cv Opposition | Click for text | 08/21/2014 | None | 08/21/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0138-000 | Cv Proof Of Svc/Regular Mail | Click for text | 08/21/2014 | None | 08/21/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0137-000 | Cv Declaration | Click for text | 08/21/2014 | None | 08/21/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0136-000 | Cv Decl In Opposition | Click for text | 08/20/2014 | None | 08/20/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0135-000 | Cv Decl In Opposition | Click for text | 08/20/2014 | None | 08/20/2014 |
| | **For:** N & H Investments, LLC / DXD<br>**For:** Hung Nguyen / XDF | | | | |
| 0134-000 | Cv Substitution Of Attorney | Click for text | 08/20/2014 | None | 08/20/2014 |
| | **For:** N & H Investments, LLC / DXD | | | | |

**For:** Hung Nguyen / XDF

| | | | | | |
|---|---|---|---|---|---|
| 0133-000 | Cv Ntc Of... | Click for text | 08/20/2014 | None | 08/20/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0132-000 | Cv Ntc Of... | Click for text | 07/30/2014 | None | 07/30/2014 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0131-000 | Cv Req:Dismissal, Partial W/O Prej | Click for text | 07/16/2014 | None | 07/22/2014 |
| | **For:** Green Valley Corporation / XCM **Against:** John Wynn Nguyen / XDF | | | | |
| 0130-000 | Cv Decl In Support | Click for text | 07/21/2014 | None | 07/21/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0129-000 | Cv Court Reporter Fee < 1 Hour | | 07/21/2014 | None | 07/21/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0128-000 | Cv Ntc:Motion W/Fee | Click for text | 07/21/2014 | None | 07/21/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0128-001 | Cv Proof Of Svc | | 07/21/2014 | None | 07/21/2014 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0127-000 | Cv Ntc:Stay Of Proceedings | Click for text | 10/29/2013 | None | 10/31/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0126-000 | Cv Clerk Rejection Ltr | Click for text | 10/29/2013 | None | 10/29/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0125-000 | Cv Ntc:Stay Of Proceedings | Click for text | 10/28/2013 | None | 10/29/2013 |
| | **For:** N & H Investments, LLC / DXD | | | | |
| 0124-000 | Cv Case Mgmt Statement | Click for text | 10/28/2013 | None | 10/28/2013 |
| | **For:** Imperial Investment & Development, Inc. / XDF **For:** John Wynn Nguyen / XDF | | | | |
| 0123-000 | Cv Ntc:Entry Of Jgmt W/Proof Of Svc | | 10/04/2013 | None | 10/04/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0122-000 | Cv Clerk Rejection Ltr | Click for text | 09/23/2013 | None | 09/23/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0121-000 | Cv Abstract Of Judgment Issued | | 09/19/2013 | None | 09/19/2013 |
| | **For:** Mimi Nguyen / PLT **For:** John Nguyen / PLT **For:** Loc Phan / PLT **For:** Bich Tong / PLT **For:** Green Valley Corporation / XCM **Against:** N & H Investments, LLC / DXD **Against:** Hung Nguyen / XDF | | | | |
| 0120-000 | Cv Judgment | Click for text | 09/19/2013 | None | 09/19/2013 |

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**For:** Green Valley Corporation / XCM
**For:** Hung Nguyen / XDF
**Against:** N & H Investments, LLC / DXD

| 0119-000 | Cv Declaration | Click for text | 09/19/2013 | None | 09/19/2013 |
|---|---|---|---|---|---|
| | **For:** Green Valley Corporation / XCM | | | | |
| 0118-000 | Cv Ex Parte Appl | Click for text | 09/19/2013 | None | 09/19/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0117-000 | Cv Ntc:Entry Of Order | | 09/12/2013 | None | 09/12/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0116-000 | Cv Decl In Support | Click for text | 09/12/2013 | None | 09/12/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0115-000 | Cv Ex Parte Appl & Order | Click for text | 09/12/2013 | Granted | 09/12/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0114-000 | Cv Order | Click for text | 09/10/2013 | Granted | 09/10/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0113-000 | Cv Ntc Of... | Click for text | 08/28/2013 | None | 08/28/2013 |
| | **For:** Green Valley Corporation / XCM  **For:** Hung Nguyen / XDF | | | | |
| 0112-000 | Cv Ntc Of... | Click for text | 07/30/2013 | None | 07/30/2013 |
| | **For:** N & H Investments, LLC / DXD  **For:** Hung Nguyen / XDF | | | | |
| 0111-000 | Cv Amended Pleading | Click for text | 07/29/2013 | None | 07/29/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0110-000 | Cv Decl In Support | | 07/25/2013 | None | 07/25/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0109-000 | Cv Ntc Of... | Click for text | 07/25/2013 | None | 07/25/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0108-000 | Cv Appl:Good Faith Settlement | | 07/25/2013 | None | 07/25/2013 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0107-000 | Cv Order | Click for text | 12/10/2012 | None | 12/10/2012 |
| | **For:** N & H Investments, LLC / DXD  **For:** Mimi Nguyen / PLT  **For:** John Nguyen / PLT  **For:** Green Valley Corporation / XCM  **For:** Hung Nguyen / XDF | | | | |
| 0106-000 | Cv Declaration | Click for text | 12/04/2012 | None | 12/04/2012 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0105-000 | Cv Proof Of Svc/Regular Mail | | 12/03/2012 | None | 12/03/2012 |

Case: 15-55052   Doc# 15-1   Filed: 06/21/15   Entered: 06/21/15 14:32:23   Page 16 of 25

| | | | | | |
|---|---|---|---|---|---|
| | **For:** Green Valley Corporation / XCM | | | | |
| 0104-000 | Cv Declaration | Click for text | 12/03/2012 | None | 12/03/2012 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0103-000 | Cv Response | Click for text | 12/03/2012 | None | 12/03/2012 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0102-000 | Cv Opposition | Click for text | 12/03/2012 | None | 12/03/2012 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0101-000 | Cv Ntc:Bankruptcy | Click for text | 11/19/2012 | None | 11/20/2012 |
| | **For:** N & H Investments, LLC / DXD | | | | |
| 0100-000 | Cv Clerk Rejection Ltr | Click for text | 11/19/2012 | None | 11/19/2012 |
| | **For:** N & H Investments, LLC / DXD | | | | |
| 0099-000 | Cv Declaration | Click for text | 11/08/2012 | None | 11/08/2012 |
| | **For:** Imperial Investment & Development, Inc. / XDF<br>**For:** John Wynn Nguyen / XDF | | | | |
| 0098-000 | Cv Separate Statement | Click for text | 11/08/2012 | None | 11/08/2012 |
| | **For:** Imperial Investment & Development, Inc. / XDF<br>**For:** John Wynn Nguyen / XDF | | | | |
| 0097-000 | Cv Declaration | Click for text | 11/08/2012 | None | 11/08/2012 |
| | **For:** Imperial Investment & Development, Inc. / XDF<br>**For:** John Wynn Nguyen / XDF | | | | |
| 0096-000 | Cv Memo:Ps & As/Suppt Of Mtn | | 11/08/2012 | None | 11/08/2012 |
| | **For:** Imperial Investment & Development, Inc. / XDF<br>**For:** John Wynn Nguyen / XDF | | | | |
| 0095-000 | Cv Ntc:Mtn For Protective Order | Click for text | 11/08/2012 | None | 11/08/2012 |
| | **For:** Imperial Investment & Development, Inc. / XDF<br>**For:** John Wynn Nguyen / XDF | | | | |
| 0094-000 | Cv Ntc:Entry Of Order | Click for text | 10/10/2012 | None | 10/10/2012 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0093-000 | Cv Order | Click for text | 09/26/2012 | Granted | 09/27/2012 |
| | **For:** Mimi Nguyen / PLT<br>**For:** John Nguyen / PLT<br>**For:** Loc Phan / PLT<br>**For:** Bich Tong / PLT<br>**For:** Green Valley Corporation / XCM | | | | |
| 0092-000 | Cv Court Reporter Per Diem Fees | | 08/29/2012 | None | 08/29/2012 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0091-000 | Cv Decl In Support | Click for text | 08/29/2012 | None | 08/29/2012 |
| | **For:** Green Valley Corporation / XCM | | | | |
| 0090-000 | Cv Decl In Support | Click for text | 08/29/2012 | None | 08/29/2012 |

Case 15-50552   Doc#15 Filed 05/21/15   Entered 05/21/15 14:32:23   Page 17 of 25

For: Green Valley Corporation / XCM

| | | | | | |
|---|---|---|---|---|---|
| 0089-000 | Cv Decl In Support | | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0088-000 | Cv Ntc Of... | Click for text | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0087-000 | Cv Appl:Good Faith Settlement | | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0087-001 | Cv Proof Of Svc | | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0086-000 | Cv Clerk Rejection Ltr | Click for text | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0085-000 | Cv Clerk Rejection Ltr | Click for text | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0084-000 | Cv Decl In Support | Click for text | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0083-000 | Cv Statement | Click for text | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0082-000 | Cv Memo:Ps & As/Suppt Of Mtn | | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0081-000 | Cv Ntc:Mtn Summary Jgmt/Adjudication | Click for text | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0081-001 | Cv Proof Of Svc | | 08/27/2012 | None | 08/27/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0080-000 | Cv First Paper Def - Unltd | Click for text | 08/16/2012 | None | 08/16/2012 |
| | For: John Wynn Nguyen / XDF | | | | |
| 0079-000 | Cv Ntc:Entry Of Order | | 07/17/2012 | None | 07/17/2012 |
| | For: Green Valley Corporation / XCM | | | | |
| 0078-000 | Cv Summons Filed | Click for text | 07/17/2012 | None | 07/17/2012 |
| | For: Green Valley Corporation / XCM Against: N & H Investments, LLC / DXD Against: Imperial Investment & Development, Inc. / XDF Against: John Wynn Nguyen / XDF Against: Hung Nguyen / XDF | | | | |
| 0077-000 | Cv 1st Amended Cross Complaint | Click for text | 07/17/2012 | None | 07/17/2012 |
| | For: Green Valley Corporation / XCM Against: N & H Investments, LLC / DXD Against: Imperial Investment & Development, Inc. / XDF Against: John Wynn Nguyen / XDF | | | | |

**Against:** Hung Nguyen / XDF

| 0077-001 | Cv Answer - No Fees Due! | Click for text | 08/16/2012 | None | 08/16/2012 |
|---|---|---|---|---|---|

**For:** Imperial Investment & Development, Inc. / XDF
**For:** John Wynn Nguyen / XDF
**Against:** Green Valley Corporation / XCM

| 0076-000 | Cv Consent | Click for text | 07/17/2012 | None | 07/17/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0075-000 | Cv Ntc:Mtn For Leave To Amend | Click for text | 07/10/2012 | None | 07/10/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0074-000 | Cv Ex Parte Order | Click for text | 07/10/2012 | None | 07/10/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0073-000 | Cv Ex Parte Appl | Click for text | 07/10/2012 | None | 07/10/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0072-000 | Cv Ex Parte Appl | Click for text | 07/10/2012 | None | 07/10/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0071-000 | Cv Stipulation | Click for text | 06/21/2012 | None | 06/21/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / DEF
**For:** N & H Investments, LLC / DXD
**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**For:** Green Valley Corporation / XCM
**For:** Imperial Investment & Development, Inc. / XDF
**For:** Hung Nguyen / XDF

| 0070-000 | Cv Proof Of Svc/Regular Mail | Click for text | 06/19/2012 | None | 06/19/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0069-000 | Cv Ntc:Entry Of Order | Click for text | 06/19/2012 | None | 06/19/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0068-000 | Cv Ntc:Entry Of Order | Click for text | 06/19/2012 | None | 06/19/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0067-000 | Cv Order | Click for text | 06/12/2012 | None | 06/15/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0066-000 | Cv Order | Click for text | 06/12/2012 | None | 06/12/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0065-000 | Cv Ntc Of... | Click for text | 05/25/2012 | None | 05/25/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0064-000 | Cv Reply | Click for text | 05/18/2012 | None | 05/18/2012 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0063-000 | Cv Decl In Opposition | Click for text | 05/14/2012 | None | 05/15/2012 |
|---|---|---|---|---|---|

**For:** Imperial Investment & Development, Inc. / XDF

**Against:** Green Valley Corporation / DEF
**Against:** Green Valley Corporation / XCM

| 0062-000 | Cv Opposition | Click for text | 05/14/2012 | None | 05/15/2012 |

**For:** Imperial Investment & Development, Inc. / XDF
**Against:** Green Valley Corporation / DEF
**Against:** Green Valley Corporation / XCM

| 0061-000 | Cv Substitution Of Attorney | Click for text | 04/18/2012 | None | 04/18/2012 |

**For:** Imperial Investment & Development, Inc. / XDF

| 0060-000 | Cv Separate Statement | Click for text | 04/06/2012 | None | 04/06/2012 |

**For:** Green Valley Corporation / DEF

| 0059-000 | Cv Separate Statement | Click for text | 04/06/2012 | None | 04/06/2012 |

**For:** Green Valley Corporation / DEF
**Against:** Imperial Investment & Development, Inc. / XDF

| 0058-000 | Cv Ntc:Mtn To Compel | Click for text | 04/06/2012 | None | 04/06/2012 |

**For:** Green Valley Corporation / DEF

| 0057-000 | Cv Separate Statement | Click for text | 04/06/2012 | None | 04/06/2012 |

**For:** Green Valley Corporation / DEF

| 0056-000 | Cv Ntc:Mtn To Compel | Click for text | 04/06/2012 | None | 04/06/2012 |

**For:** Green Valley Corporation / DEF

| 0055-000 | Cv Proof Of Svc By Email | Click for text | 04/03/2012 | None | 04/03/2012 |

**Against:** N & H Investments, LLC / DXD
**Against:** Mimi Nguyen / PLT
**Against:** John Nguyen / PLT
**Against:** Loc Phan / PLT
**Against:** Bich Tong / PLT
**Against:** CESC Neutral, Alan R. Seher / SNT
**Against:** Green Valley Corporation / XCM
**Against:** Imperial Investment & Development, Inc. / XDF
**Against:** Hung Nguyen / XDF

| 0054-000 | Cv Substitution Of Attorney | Click for text | 03/05/2012 | None | 03/05/2012 |

**For:** Imperial Investment & Development, Inc. / XDF

| 0053-000 | Cv Stip & Order/$20 Fee | Click for text | 02/23/2012 | Granted | 02/23/2012 |

**For:** Green Valley Corporation / DEF

| 0052-000 | Cv Clerk Rejection Ltr | Click for text | 02/03/2012 | None | 02/03/2012 |

**For:** Green Valley Corporation / DEF
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT

| 0051-000 | Cv Clerk'S Notice | Click for text | 02/01/2012 | None | 02/01/2012 |

**For:** CESC Neutral, Alan R. Seher / SNT

| 0050-000 | Cv Case Mgmt Statement | Click for text | 01/13/2012 | None | 01/13/2012 |

**For:** Green Valley Corporation / XCM

| 0049-000 | Cv Acknowledge Receipt | Click for text | 11/28/2011 | None | 11/28/2011 |

**For:** Green Valley Corporation / XCM

**Against:** Imperial Investment & Development, Inc. / XDF

| 0047-000 | Cv 4th Amended Complaint | Click for text | 10/18/2011 | None | 11/21/2011 |

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**Against:** N & H Investments, LLC / DXD
**Against:** Green Valley Corporation / XCM
**Against:** Hung Nguyen / XDF

| 0046-000 | Cv Order On Demurrer | Click for text | 10/18/2011 | Granted/Denied in Part | 11/21/2011 |

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT

| 0045-000 | Cv Summons Filed | Click for text | 11/14/2011 | None | 11/14/2011 |

**For:** Hung Nguyen / XDF
**Against:** Green Valley Corporation / DEF
**Against:** Imperial Investment & Development, Inc. / XDF

| 0044-000 | Cv Cross-Complaint | Click for text | 11/14/2011 | None | 11/14/2011 |

**For:** N & H Investments, LLC / DXD
**Against:** Green Valley Corporation / DEF
**Against:** Imperial Investment & Development, Inc. / XDF

| 0044-001 | Cv Answer, Unltd, W/Fees | Click for text | 12/12/2011 | None | 12/12/2011 |

**For:** Imperial Investment & Development, Inc. / XDF
**Against:** Green Valley Corporation / DEF

| 0044-002 | Cv Answer - No Fees Due! | Click for text | 01/06/2012 | None | 01/06/2012 |

**For:** Green Valley Corporation / DEF
**Against:** N & H Investments, LLC / DXD

| 0043-000 | Cv Answer-No Fafee | Click for text | 11/08/2011 | None | 11/09/2011 |

**For:** Green Valley Corporation / XCM

| 0042-000 | Cv Sanction/Fine/Forfeit | Click for text | 10/14/2011 | None | 10/14/2011 |

**For:** N & H Investments, LLC / DXD
**For:** Hung Nguyen / XDF

| 0041-000 | Cv Ord After Hearing | Click for text | 09/23/2011 | None | 09/29/2011 |
| 0040-000 | Cv Reply | Click for text | 09/28/2011 | None | 09/28/2011 |

**For:** Green Valley Corporation / XCM

| 0039-000 | Cv Proof Of Svc/Regular Mail | Click for text | 09/19/2011 | None | 09/19/2011 |

**For:** Green Valley Corporation / XCM

| 0038-000 | Cv Summons Filed | Click for text | 09/19/2011 | None | 09/19/2011 |

**For:** Green Valley Corporation / XCM
**Against:** N & H Investments, LLC / DXD
**Against:** Imperial Investment & Development, Inc. / XDF
**Against:** Hung Nguyen / XDF

| 0037-000 | Cv Summons Issued | Click for text | 09/19/2011 | None | 09/19/2011 |

Case: 15-50552   Doc# 15   Filed: 05/21/15   Entered: 05/21/15 14:32:53   Page 21 of 25

**For:** Green Valley Corporation / XCM
**Against:** N & H Investments, LLC / DXD
**Against:** Imperial Investment & Development, Inc. / XDF
**Against:** Hung Nguyen / XDF

| 0036-000 | Cv Cross-Complaint | Click for text | 09/19/2011 | None | 09/19/2011 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM
**Against:** N & H Investments, LLC / DXD
**Against:** Imperial Investment & Development, Inc. / XDF
**Against:** Hung Nguyen / XDF

| 0036-001 | Cv Answer - No Fees Due! | Click for text | 11/14/2011 | None | 11/14/2011 |
|---|---|---|---|---|---|

**For:** N & H Investments, LLC / DXD
**For:** Hung Nguyen / XDF
**Against:** Green Valley Corporation / DEF

| 0035-000 | Cv Demurrer & Ntc Of Hrg | Click for text | 09/19/2011 | None | 09/19/2011 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0034-000 | Cv Proof Of Svc/Regular Mail | | 09/16/2011 | None | 09/16/2011 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT

| 0033-000 | Cv Memo:Ps & As/Suppt Of Mtn | Click for text | 09/16/2011 | None | 09/16/2011 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT

| 0032-000 | Cv Clerk Rejection Ltr | Click for text | 09/12/2011 | None | 09/12/2011 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0031-000 | Cv Clerk Rejection Ltr | Click for text | 08/31/2011 | None | 08/31/2011 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM

| 0030-000 | Cv 3rd Amended Complaint | | 07/28/2011 | None | 07/28/2011 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**Against:** N & H Investments, LLC / DXD
**Against:** Green Valley Corporation / XCM
**Against:** Hung Nguyen / XDF

| 0030-001 | Cv Answer, Unltd, W/Fees | Click for text | 09/19/2011 | None | 09/19/2011 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / XCM
**Against:** Mimi Nguyen / PLT
**Against:** John Nguyen / PLT
**Against:** Loc Phan / PLT
**Against:** Bich Tong / PLT

| 0029-000 | Cv Declaration | Click for text | 07/20/2011 | None | 07/20/2011 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT

Case: 15-50552   Doc# 115   Filed 05/21/15   Entered 05/21/15 14:13:25   Page 22 of 25

**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT

| 0028-000 | Cv Memorandum | Click for text | 07/20/2011 | None | 07/20/2011 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT

| 0027-000 | Cv Order | Click for text | 07/20/2011 | None | 07/20/2011 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT

| 0026-000 | Cv Ex Parte Appl | Click for text | 07/20/2011 | None | 07/20/2011 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT

| 0025-000 | Cv Declaration | Click for text | 06/06/2011 | None | 06/06/2011 |
|---|---|---|---|---|---|

**For:** N & H Investments, LLC / DXD

| 0024-000 | Cv Memorandum | Click for text | 06/06/2011 | None | 06/06/2011 |
|---|---|---|---|---|---|

**For:** N & H Investments, LLC / DXD

| 0023-000 | Cv Proof Of Personal Svc | | 06/06/2011 | None | 06/06/2011 |
|---|---|---|---|---|---|

**For:** N & H Investments, LLC / DXD

| 0022-000 | Cv Ntc:Motion W/Fee | Click for text | 06/06/2011 | None | 06/06/2011 |
|---|---|---|---|---|---|

**For:** N & H Investments, LLC / DXD

| 0021-000 | Cv 2nd Amended Complaint | Click for text | 08/12/2010 | None | 08/12/2010 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**Against:** N & H Investments, LLC / DXD
**Against:** Hung Nguyen / XDF

| 0021-001 | Cv Answer - No Fees Due! | | 11/23/2010 | None | 11/23/2010 |
|---|---|---|---|---|---|

**For:** N & H Investments, LLC / DXD
**For:** Hung Nguyen / XDF
**Against:** Mimi Nguyen / PLT
**Against:** John Nguyen / PLT
**Against:** Loc Phan / PLT
**Against:** Bich Tong / PLT

| 0020-000 | Cv Reply | Click for text | 07/23/2010 | None | 07/23/2010 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / XDF

| 0019-000 | Cv Memorandum | Click for text | 06/15/2010 | None | 06/15/2010 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT

Case: 15-50552   Doc# 15 Filed: 05/21/15   Entered: 05/21/15 14:13:23   Page 23 of 25

For: Bich Tong / PLT

| 0018-000 | Cv Ex Parte Order | Click for text | 06/10/2010 | Granted | 06/10/2010 |
|---|---|---|---|---|---|

For: N & H Investments, LLC / DXD
For: Hung Nguyen / XDF

| 0017-000 | Cv Ex Parte Other | Click for text | 06/10/2010 | None | 06/10/2010 |
|---|---|---|---|---|---|

For: N & H Investments, LLC / DXD
For: Hung Nguyen / XDF

| 0016-000 | Cv Ntc:Unavailability Of Counsel/No Fee | | 06/04/2010 | None | 06/04/2010 |
|---|---|---|---|---|---|

For: Hung Nguyen / XDF

| 0015-000 | Cv Req:Judicial Ntc | | 04/22/2010 | None | 04/23/2010 |
|---|---|---|---|---|---|

For: Hung Nguyen / XDF

| 0014-000 | Cv Demurrer, No Fees | | 04/22/2010 | None | 04/23/2010 |
|---|---|---|---|---|---|

For: Hung Nguyen / XDF

| 0013-000 | Cv Demurrer & Ntc Of Hrg | Click for text | 04/22/2010 | None | 04/23/2010 |
|---|---|---|---|---|---|

For: Hung Nguyen / XDF

| 0012-000 | Cv 1st Amended Complaint | Click for text | 03/25/2010 | None | 03/25/2010 |
|---|---|---|---|---|---|

For: Mimi Nguyen / PLT
For: John Nguyen / PLT
For: Loc Phan / PLT
For: Bich Tong / PLT
Against: N & H Investments, LLC / DXD
Against: Hung Nguyen / XDF

| 0011-000 | Order On Submitted Matter | Click for text | 03/18/2010 | Granted | 03/22/2010 |
|---|---|---|---|---|---|

For: Hung Nguyen / XDF
Against: Mimi Nguyen / PLT
Against: John Nguyen / PLT
Against: Loc Phan / PLT
Against: Bich Tong / PLT

| 0010-000 | Cv Case Mgmt Statement | Click for text | 03/12/2010 | None | 03/12/2010 |
|---|---|---|---|---|---|

For: N & H Investments, LLC / DXD
For: Hung Nguyen / XDF

| 0009-000 | Cv First Paper Def - Unltd | Click for text | 03/12/2010 | None | 03/12/2010 |
|---|---|---|---|---|---|

For: N & H Investments, LLC / DXD

| 0008-000 | Cv Reply | Click for text | 03/10/2010 | None | 03/10/2010 |
|---|---|---|---|---|---|

For: Hung Nguyen / XDF

| 0007-000 | Cv Memo:Ps & As/Suppt Of Mtn | Click for text | 02/18/2010 | None | 02/18/2010 |
|---|---|---|---|---|---|

For: Mimi Nguyen / PLT
For: John Nguyen / PLT
For: Loc Phan / PLT
For: Bich Tong / PLT

| 0006-000 | Cv Demurrer, No Fees | | 01/05/2010 | None | 01/05/2010 |
|---|---|---|---|---|---|

For: Hung Nguyen / XDF

Case: 15-50552　Doc#: 15　Filed: 05/21/15　Entered: 05/21/15 14:32:23　Page 24 of 25

| 0005-000 | Cv Demurrer & Ntc Of Hrg | Click for text | 01/05/2010 | None | 01/05/2010 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / XDF

| 0004-000 | Cv Acknowledge Receipt | | 12/03/2009 | None | 12/03/2009 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**Against:** Hung Nguyen / XDF

| 0003-000 | Cv Summons Filed | | 10/29/2009 | None | 10/29/2009 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**Against:** N & H Investments, LLC / DXD
**Against:** Hung Nguyen / XDF

| 0002-000 | Cv Complaint Filed/Summs Issued | Click for text | 10/29/2009 | None | 10/29/2009 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**Against:** N & H Investments, LLC / DXD
**Against:** Hung Nguyen / XDF

| 0002-001 | Cv Answer, Unltd, W/Fees | Click for text | 01/05/2010 | None | 01/05/2010 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / XDF
**Against:** Mimi Nguyen / PLT
**Against:** John Nguyen / PLT
**Against:** Loc Phan / PLT
**Against:** Bich Tong / PLT

| 0001-000 | Cv Case Cover Sheet | | 10/29/2009 | None | 10/29/2009 |
|---|---|---|---|---|---|

**For:** Mimi Nguyen / PLT
**For:** John Nguyen / PLT
**For:** Loc Phan / PLT
**For:** Bich Tong / PLT
**Against:** N & H Investments, LLC / DXD
**Against:** Hung Nguyen / XDF

For an explanation of the abbreviations used in the Document Description/Text columns, click here.

RETURN