**Entered on Docket
September 15, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

1

2

3

4    UNITED STATES DISTRICT COURT

5    NORTHERN DISTRICT OF CALIFORNIA

6

7    HUNG NGUYEN,                                   Case No.  15-cv-03283-HSG

              Plaintiff,

8                                                   **ORDER DENYING AS MOOT
                                                    MOTIONS TO WITHDRAW
9        v.                                         REFERENCE**

10   JOHN RICHARD TILL, et al.,                     Re: Dkt. No. 1

              Defendants.

11

12   MIMI NGUYEN, et al.,                           Case No.  15-cv-03581-HSG

13            Plaintiffs,

14       v.                                         Re: Dkt. No. 1

15   HUNG NGUYEN, et al.,

16            Defendants.

17

18        Pending before the Court are Debtor N&H Investments, LLC's motions to withdraw the

19   reference for adversary proceedings 15-05058 (Nguyen v. Nguyen et al.) and 15-05050 (Nguyen

20   v. Till et al.).  Case No. 15-cv-03283-HSG, Dkt. No. 1; Case No. 15-cv-03581, Dkt. No. 1.  On

21   September 1, 2015, Bankruptcy Judge Lafferty issued an order dismissing Debtor's chapter 11

22   proceeding.  Case No. 15-51552, Dkt. No. 70.  On that same day, Judge Lafferty remanded to state

23   court the adversary proceedings to which the pending motions in this Court relate.  Case No. 15-

24   05050, Dkt. No. 35; Case No. 15-05058, Dkt. No. 36.

25   //

26   //

27   //

28   //

United States District Court
Northern District of California

1      In light of the remand of the adversary proceedings, the Court DENIES AS MOOT

2   Debtor's motions to withdraw the reference.  The hearing on these motions set for October 1, 2015

3   is VACATED.

4      **IT IS SO ORDERED.**

5   Dated:  9/14/2015

6

7      HAYWOOD S. GILLIAM, JR.
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2